UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WASCAR MORILLOCLETO,<br><br>Defendant. | **INFORMATION**<br><br>25 Cr. 280 KMK |

### COUNT ONE
### (Distribution of Narcotics)

The United States Attorney charges:

1. On or about March 7, 2024, in the Southern District of New York and elsewhere, WASCAR MORILLOCLETO, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).)

### COUNT TWO
### (Unlicensed Dealing of Firearms)

The United States Attorney further charges:

3. Between on or about March 22, 2024, and May 8, 2024, in the Southern District of New York and elsewhere, WASCAR MORILLOCLETO, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly engaged in the business of importing,

manufacturing, and dealing in firearms, and in the course of such business shipped, transported, and received a firearm in interstate and foreign commerce, to wit, over the course of four separate occasions, MORILLOCLETO sold numerous firearms, including two privately manufactured firearms (commonly referred to as "ghost guns"), one assault rifle style firearm with a selector designed to allow the firearm to fire fully automatic, and one Glock pistol with an aftermarket "switch" designed to allow the firearm to fire fully automatic.

(Title 18, United States Code, Section 922(a)(1)(A).)

## FORFEITURE ALLEGATIONS

4.   As a result of committing the offense alleged in Count One of this Information, WASCAR MORILLOCLETO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

5.   As a result of committing the offense alleged in Count Two of this Information, WASCAR MORILLOCLETO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense.

### Substitute Assets Provision

6.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 924;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

*[Signature]*
JAY CLAYTON
United States Attorney